

FILED

at____O'clock &____min.____M

MAY 09 2022

United States Bankruptcy Court
Columbia, South Carolina

---

**Fill in this Information to identify the case:**

| Debtor 1 | Zamboli's Corporation | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of South Carolina

Case number: 95-72248

---

**Form 1340 (12/19)**

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $679.65 |
|---|---|
| Claimant's Name: | Steven L Jacobs |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 1550 Kincaid Rd<br>Marietta GA 30066<br>(404) 574-0809 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☒    Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐    Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐    Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐    Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒    Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.

[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.

[3] The Owner of Record is the original payee.

## 4. Notice to United States Attorney

☒   Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of South Carolina
1441 Main St, Suite 500
Columbia SC 29201

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 4-25-22 | Date: |
| Signature of Applicant | N/A |
| | Signature of Co-Applicant (if applicable) |
| Steven L Jacobs | N/A |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 1550 Kincaid Rd Marietta GA 30066 | Address: |
| Telephone: (404) 574-0809 | Telephone: |
| Email: GWIZER1550@GMAIL.COM | Email: |

### 6. Notarization

STATE OF _Georgia_

COUNTY OF _Cobb_

This Application for Unclaimed Funds, dated 4-25-2022 was subscribed and sworn to before me this 25 day of April, 20 22 by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)      Notary Public DENNIS M. URWIN

My commission expires: 2·10·2026

### 6. Notarization

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20 _____ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)      Notary Public_____

My commission expires:

DENNIS URWIN
NOTARY
PUBLIC
Exp. Feb. 10, 2026
COBB COUNTY, GA

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

In re:                                                    )          Case No. 95-72248

Zamboli's Corporation                                     )

                                                          )

*Debtor(s)*                                               )          Chapter 7

### ORDER GRANTING APPLICATION FOR PAYMENT OF
### UNCLAIMED FUNDS

On  *5/3/2022*  , an application was filed for the Claimant(s),
Steven L Jacobs                        , for payment of unclaimed funds deposited with the
court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish
that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby
     ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 679.65                    held in
unclaimed funds be made payable to  Steven L Jacobs
and be disbursed to the payee at the following address:
  1550 Kincaid Rd, Marietta GA 30066                                                    .
The Clerk will disburse these funds not earlier than 14 days after entry of this order.



ADDITIONAL·OUNCE · USA

STEVEN L JACOBS
1550
MAI

ITEM X-RAYED
BY USMS

**U.S. Bankruptcy Courthouse**
**1100 Laurel Street**
**Columbia SC 29201**